IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHAD A. GARDNER,<br><br>          Plaintiff,<br><br>     vs.<br><br>COMMISSIONER,<br>Social Security Administration,<br><br>          Defendant. | Case No. 6:24-cv-01736-HL<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |

Plaintiff Chad A. Gardner brought this action seeking review of the Commissioner's final decision denying her application for disability benefits under the Social Security Act. The Court reversed the Commissioner's decision, remanded the case for further proceedings, and entered Judgment on February 21, 2025. Upon remand, the Commissioner found Plaintiff entitled to benefits beginning March 2021.

Plaintiff now seeks an award of fees pursuant to 42 U.S.C. § 406(b). Defendant has not objected to the request. I have reviewed the record in this case, the motion, and the supporting materials, including the award of benefits, the fee agreement with counsel, and the recitation of

counsel's hours and services.  Applying the standards set by *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002), the Court finds that the requested fees are reasonable.

Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. 406(b) is hereby GRANTED, and Plaintiff's counsel is awarded $3,780.00 in attorney's fees under 42 U.S.C. § 406(b).

Previously, the Court awarded Plaintiff a total of $1,183.65 under the Equal Access to Justice Act ("EAJA").  The Court will offset that award against the 42 U.S.C. § 406(b) award and order that, in accordance with agency policy, the Commissioner make a direct payment of $2,596.35, less any applicable processing or user fees prescribed by statute, to Plaintiff's attorney, Katherine L. Eitenmiller, at WELLS, MANNING, EITENMILLER & TAYLOR, P.C. Payment is to be made from benefits the Social Security Administration has withheld from Plaintiff's past due benefits. Any amount withheld after all administrative and court attorney fees are paid should be released to the claimant.

IT IS SO ORDERED this 25th day of February 2026.

_____
ANDREW D. HALLMAN
United States Magistrate Judge

Proposed Order submitted by:
Katherine L. Eitenmiller
WELLS, MANNING, EITENMILLER & TAYLOR, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
keitenmiller@wmetattorneys.com
Of Attorneys for Plaintiff